# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stapleton, Walter K | 2. Court or Organization<br><br>U.S. Court of Appeals for the Third Circuit | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Federal Building<br>844 King Street - Lockbox 33<br>Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman - Board of Directors | Buck & Doe Trust, Inc. (non-profit/conservation) -- I have no beneficial interest in the assets of this charitable corporation. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 9: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 20007 | Chester County Country Properties (real estate brokerage firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stapleton, Walter K | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. | A | Dividend | K | T | | | | | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | K | T | Part Buy | 5/10 | K | | |
| 5. | | | | | Part Sell | 7/11 | J | D | |
| 6. Merck Com. | A | Dividend | K | T | | | | | |
| 7. Fed. Home Loan | B | Interest | K | T | | | | | |
| 8. Pepsico Com. | A | Dividend | K | T | | | | | |
| 9. Kimberly Clark Com. | A | Dividend | K | T | | | | | |
| 10. Southern Co. Com. | A | Dividend | K | T | | | | | |
| 11. Allstate Com. | A | Dividend | K | T | | | | | |
| 12. Exxon Mobil | A | Dividend | K | T | | | | | |
| 13. General Electric | B | Dividend | K | T | | | | | |
| 14. Morgan Stanley Com. | A | Dividend | K | T | | | | | |
| 15. 3M Corp. | A | Dividend | L | T | | | | | |
| 16. SEI Tax Exempt Trust | A | Dividend | J | T | | | | | |
| 17. Allied Cap. Com. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Chubb Com. | A | Dividend | K | T | | | | | |
| 19. Cisco Sys. Com. | | None | K | T | | | | | |
| 20. Fulton Finan. Com. | A | Dividend | | | Sell | 7/11 | K | A | |
| 21. EMC Corp. Com. | | None | K | T | | | | | |
| 22. Emerson Elec. Com. | A | Dividend | K | T | | | | | |
| 23. Teleflex Com. | A | Dividend | K | T | | | | | |
| 24. Del. Co. Pa. Hsg. Auth. Bd. | A | Interest | | | Sell | 7/1 | K | A | |
| 25. Gov. Mifflin Pa. SD | B | Interest | K | T | | | | | |
| 26. Perkiomen Valley Pa. SD | B | Interest | K | T | | | | | |
| 27. Constellation Energy | A | Dividend | K | T | | | | | |
| 28. Medtronic | A | Dividend | K | T | | | | | |
| 29. Acorn II LP | | None | M | T | | | | | |
| 30. PA St. Bd. | A | Interest | K | T | | | | | |
| 31. West View PA Bd. | B | Interest | L | T | | | | | |
| 32. Clarco Inc. | A | Dividend | K | T | | | | | |
| 33. Wrigley Co. Com. | A | Dividend | K | T | | | | | |
| 34. C.D. Wash. Mutual Bk. | B | Interest | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. West Chester Area Sch. | A | Interest | K | T | | | | | |
| 36. Bucks Co. Water & Sewer | A | Interest | K | T | | | | | |
| 37. Spring Ford Area Sch. | A | Interest | K | T | | | | | |
| 38. Warwick PA Sch. | B | Interest | L | T | | | | | |
| 39. IShares HK China | A | Dividend | J | T | | | | | |
| 40. IShares Emerg. Mkts | A | Dividend | J | T | | | | | |
| 41. IShares Malaysia | A | Dividend | J | T | | | | | |
| 42. IShares Singapore | A | Dividend | J | T | | | | | |
| 43. IShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 44. IShares S&P Europe | A | Dividend | J | T | | | | | |
| 45. IShares Dow Jones Select | A | Dividend | J | T | | | | | |
| 46. StreetTracks Index (Wilshire International) | A | Dividend | J | T | | | | | |
| 47. Perpetual Fin. Pref. *(determined worthless) | A | Dividend | | | Sell* | 6/8 | J | A | |
| 48. Bell South Corp. Com. **(merged with AT&T) | B | Dividend | | | Sell** | 1/3 | K | A | |
| 49. Duke Energy | A | Dividend | K | T | | | | | |
| 50. Nuveen Fd. | B | Dividend | K | T | | | | | |
| 51. Buckeye Partners | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Johnson &Johnson Com. | B | Dividend | L | T | | | | | |
| 53. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 54. Real Estate Chester Co. PA (App.Date 4/12/94) | | None | N | Q | | | | | |
| 55. Star Bancorp. | A | Dividend | L | T | | | | | |
| 56. U.S. Bancorp (formerly Firstar Corp) | B | Dividend | K | T | Part Sell | 7/6 | K | E | |
| 57. Polymedix | A | Dividend | J | T | Buy | 2/23 | J | | |
| 58. Fleetwood PA Bd. | B | Interest | K | T | Buy | 8/15 | K | | |
| 59. PA-exempt Mun. Bd. | B | Interest | L | T | Buy | 7/5 | L | | |
| 60. Bucks Co. Water & Sewer | B | Interest | K | T | Buy | 9/10 | K | | |
| 61. South Butler Co. PA Sch. | A | Interest | K | T | Buy | 9/13 | K | | |
| 62. Monroe Co. PA | A | Interest | K | T | Buy | 9/13 | K | | |
| 63. Powershares Exch. | A | Interest | J | T | Buy | 6/7 | J | | |
| 64. Discover Finan. Servs *spinoff from Morgan Stanley | A | Dividend | K | T | Buy* | 7/2 | J | | |
| 65. Phoenixville PA Sch. Bd. | B | Interest | K | T | Buy | 11/21 | K | | |
| 66. CD Eurobank Hato Rey | A | Interest | | | Buy | 6/12 | L | | |
| 67. | | | | | Redeemed | 12/27 | L | A | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  IRA- | E | Int./Div. | O | T | | | | | |
| 70.  - StreetTracks Gold Trust | | | | | | | | | |
| 71.  - IShares S&P Mid. Cap. | | | | | | | | | |
| 72.  -IShares DJ US Util. | | | | | | | | | |
| 73.  - IShares US Healthcare | | | | | | | | | |
| 74.  - IShares FTSE Xinhua | | | | | | | | | |
| 75.  - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 76.  - IShares T NASDAQ | | | | | | | | | |
| 77.  - IShares Russell 1000 Gwth. | | | | | | | | | |
| 78.  - Vanguard Total Market | | | | | | | | | |
| 79.  - U.S. Treas. Note | | | | | Redeemed | 2/28 | K | A | |
| 80.  - Plum Creek Timber Co. | | | | | | | | | |
| 81.  - ML Bank USA RASP (money market) | | | | | | | | | |
| 82.  - Powershares Tr. Wilder Hill Clean Energy | | | | | | | | | |
| 83.  - CD Western Bank (PR) | | | | | | | | | |
| 84.  - IShares MSCI Japan Ind. | | | | | | | | | |
| 85.  - IShares S&P Europe | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - IShares S&P Latin. Am. | | | | | | | | | |
| 87. - Powershares DB Commodity | | | | | | | | | |
| 88. - ING International Real Estate | | | | | | | | | |
| 89. - IShares Singapore | | | | | Buy | 2/23 | J | | |
| 90. - IShares So. Africa | | | | | Buy | 2/23 | J | | |
| 91. - IShares Trust DJ US Ind. | | | | | Buy | 2/26 | J | | |
| 92. - Powershares Exchange | | | | | Buy | 6/11 | J | | |
| 93. - Sector SPDR Consumers | | | | | Buy | 9/26 | J | | |
| 94. - SPDR SP Bric 40 | | | | | Buy | 9/7 | J | | |
| 95. - Retirement Res. CLI (money market) | | | | | Deposits | Vary | L | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ches. Co. Country Properties SEP - | D | Int./Div. | N | T | | | | | |
| 104. - Alliance Prem. Growth B | | | | | | | | | |
| 105. - Berkshire Hathaway | | | | | | | | | |
| 106. - US Treas. Inflation Note 4/15/10 | | | | | | | | | |
| 107. - US Treas. Inflation Note 1/15/15 | | | | | | | | | |
| 108. - ML Bank USA RASP (money market) | | | | | | | | | |
| 109. - CD Bank of Baroda NY | | | | | Redeemed | 6/6 | L | A | |
| 110. - CD Doral Bank (PR) | | | | | Redeemed | 11/27 | K | A | |
| 111. - CD Capital One Bank | | | | | | | | | |
| 112. - CD Western Bank | | | | | Buy | 2/20 | K | | |
| 113. - CD Discover Bank | | | | | Buy | 2/20 | K | | |
| 114. - CD Western Bank PR | | | | | Buy | 6/11 | K | | |
| 115. - Fed. Home Loan Bank Bd. | | | | | Buy | 2/23 | K | | |
| 116. - US Treas. Inflation Note | | | | | Buy | 6/12 | K | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. T. Rowe Price Sci.&Tech.Fd. | | None | K | T | | | | | |
| 121. Exxon Com. | A | Dividend | J | T | | | | | |
| 122. Kate Partners LP | | None | K | T | | | | | |
| 123. 9.5/120th Int.███. Ptship (App. 1/15/98)(Randolph Co. GA) | A | Rent | L | Q | | | | | |
| 124. Acorn II LP | A | Dividend | M | T | | | | | |
| 125. Real Estate Hancock Co. ME (2001-$280,000) | C | Rent | O | R | | | | | |
| 126. Gen. Elec. Com. | B | Dividend | K | T | | | | | |
| 127. SEI Tax Exempt Trust | C | Dividend | M | T | | | | | |
| 128. US Treas. Note 11/15/07 | B | Interest | | | Redeemed | 11/15 | K | A | |
| 129. US Treas. Note 9/15/08 | C | Interest | L | T | | | | | |
| 130. Cadbury Schwepps Com. | A | Dividend | | | Sell | 7/6 | L | E | |
| 131. Kimberly Clark Com. | A | Dividend | K | T | | | | | |
| 132. Cincinnati Fin. Corp. Com. | A | Dividend | K | T | | | | | |
| 133. St. Paul Travelers Co. Com. | A | Dividend | K | T | | | | | |
| 134. SEI Investments | A | Dividend | K | T | | | | | |
| 135. EMC Corp. Mass. Com. | | None | K | T | | | | | |
| 136. Colgate Palmolive | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Medtronics | A | Dividend | K | T | | | | | |
| 138. Alltell | A | Dividend | | | Sell | 7/6 | K | D | |
| 139. Duke Realty | B | Dividend | K | T | | | | | |
| 140. IShares MSCI Em. Mark. | A | Dividend | K | T | | | | | |
| 141. IShares MSCI Japan | A | Dividend | K | T | | | | | |
| 142. IShares MSCI Pacific Ex. | B | Dividend | K | T | | | | | |
| 143. Rayonier, Inc. | A | Dividend | K | T | | | | | |
| 144. Stericycle, Inc. | | None | K | T | | | | | |
| 145. Clarcor, Inc. | A | Dividend | K | T | | | | | |
| 146. Windstream Corp. (*spinoff from Alltell) | A | Dividend | | | Buy* | 7/6 | J | | |
| 147. Fleetwood PA Bd. | B | Interest | L | T | Buy | 7/18 | K | | |
| 148. RPM Intern. Inc. | A | Dividend | K | T | Buy | 7/6 | K | | |
| 149. Polymedix Inc. | | None | K | T | Buy | 2/23 | J | | |
| 150. City Nat. Bank | A | Dividend | K | T | Buy | 7/6 | K | | |
| 151. Graco Inc. | A | Dividend | K | T | Buy | 7/6 | K | | |
| 152. AT&T Inc. | B | Dividend | K | T | Buy | 7/6 | K | | |
| 153. Spectra Energy Corp. (*spinoff from Duke Ener) | A | Dividend | J | T | Buy* | 1/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Genesee & Wyo. Inc. | | None | K | T | Buy | 7/6 | K | | |
| 155. CMA PA Mun. (money market) | B | Interest | L | T | | | | | |
| 156. CD Columbian Bk. | C | Interest | | | Redeemed | 9/7 | L | A | |
| 157. CD One Bk. | C | Interest | L | T | | | | | |
| 158. Phila. PA Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 159. Blueridge Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 160. Perkiomen Sch. Dist. Bd. | B | Interest | K | T | | | | | |
| 161. West Shore Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 162. Warwick PA Sch. Dist. Bd. | C | Interest | L | T | | | | | |
| 163. N. Pocono Sch. Dist. Bd. | C | Interest | L | T | | | | | |
| 164. Council Rock Sch. Dist. Bd. | B | Interest | K | T | | | | | |
| 165. PA St. First | B | Interest | K | T | Buy | 6/12 | K | | |
| 166. CD Western Bank PR | C | Interest | K | T | Buy | 6/11 | K | | |
| 167. US Treas. Note 1/31/08 | C | Interest | L | T | Buy | 6/12 | K | | |
| 168. US Treas. Note 2/15/08 | A | Interest | K | T | Buy | 2/23 | K | | |
| 169. Indiana Cnty. PA Bd. | | None | K | T | Buy | 9/13 | K | | |
| 170. Phoenixville PA Sch. Bd. | B | Interest | K | T | Buy | 1/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Somerset PA Auth. Bd. | A | Interest | L | T | Buy | 9/21 | L | | |
| 172. Sigma Aldrich | A | Dividend | K | T | | | | | |
| 173. Stericycle | | None | K | T | | | | | |
| 174. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 175. CMA PA Municipal (money market) | B | Interest | L | T | | | | | |
| 176. CD Columbian Bk. | C | Interest | | | Redeemed | 9/7 | L | A | |
| 177. Phila. Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 178. Blue Ridge Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 179. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 180. Perkiomen Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The ▌ partnership owns ▌ timberland in Randolph County, GA. I am a general partner. My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544